Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
RALPH A. SCHWARTZ, PC
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone: (702) 888-5291
Facsimile: (702) 888-5292
mail@888law1.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RALPH A. SCHWARTZ, PC, A Professional Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>JAMES M. SNYDER, individually; OPERATING ENGINEERS LOCAL 501 SECURITY FUND, doing business in Clark County, State of Nevada; COMMUNITY AMBULANCE; INNOVATIVE PAIN CARE CENTER; J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Domestic Professional Corporation d/b/a RADIOLOGY ASSOCIATES OF NEVADA; FREMONT EMERGENCY SERVICES (SCHERR), LTD., a Nevada Domestic Professional Corporation; VALLEY HEALTH SYSTEM LLC, a Foreign Limited-Liability Company d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER; MICHAEL SCHNEIER NEUROSURGICAL CONSULTING, P.C., a Nevada Domestic Professional Corporation; DIGNITY HEALTH, a Foreign Nonprofit Corporation d/b/a ST. ROSE DOMINICAN, SIENA CAMPUS; LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC., a California corporation; HEALTHCARE REVENUE RECOVERY | Case No.: 2:21-cv-00909-JAD-DJA<br><br>**DISCLAIMER OF INTEREST - JAMES M. SNYDER** |

-1-

GROUP, LLC, a Foreign Limited-Liability Company d/b/a HRRG; PLUSFOUR, INC., a Nevada Domestic Corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,

    Defendants.

Defendant, JAMES M. SNYDER, hereby disclaims any interest from this action and further disclaim any interest in the award of compensation in this case.

Dated this 8th day of October, 2021.

By: _____
    JAMES M. SNYDER

-2-