UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ralph A. Schwartz, P.C., )<br>)<br>       Plaintiff(s), )<br>  vs. )<br>)<br>)<br>)<br>James M Snyder, et al., )<br>)<br>       Defendant(s). )<br>_____ ) | Case # 2:21-cv-00909-JAD-DJA<br><br>**DEFAULT** |

It appearing from the records in the above-entitled action that Summons issued on the ____Original____ Complaint ____05/10/2022____
(Original, Amended, etc)   (Date Complaint was filed)

has been regularly served upon each of the Defendants hereinafter named; and it appearing from the affidavit of counsel or Plaintiff and the records herein that each of said Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Now, therefore, on request of counsel for Plaintiff, the DEFAULT, as aforesaid, of each of the following Defendants ____Healthcare Revenue Recovery Group, LLC, Community Ambulance, J. Paul Wiesner & Associates Chartered, Fremont Emergency Services (Scherr), Ltd., Valley Health System LLC.____

in the above-entitled action is hereby entered.

DATED: ____11/01/2022____

DEBRA K. KEMPI, CLERK

By: L. Ortiz
_____
Deputy Clerk