Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
RALPH A. SCHWARTZ, PC
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
Telephone: (702) 888-5291
Facsimile: (702) 888-5292
mail@888law1.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RALPH A. SCHWARTZ, PC, A Professional Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>JAMES M. SNYDER, individually; OPERATING ENGINEERS LOCAL 501 SECURITY FUND, doing business in Clark County, State of Nevada; COMMUNITY AMBULANCE; INNOVATIVE PAIN CARE CENTER; J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Domestic Professional Corporation d/b/a RADIOLOGY ASSOCIATES OF NEVADA; FREMONT EMERGENCY SERVICES (SCHERR), LTD., a Nevada Domestic Professional Corporation; VALLEY HEALTH SYSTEM LLC, a Foreign Limited-Liability Company d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER; MICHAEL SCHNEIER NEUROSURGICAL CONSULTING, P.C., a Nevada Domestic Professional Corporation; DIGNITY HEALTH, a Foreign Nonprofit Corporation d/b/a ST. ROSE DOMINICAN, SIENA CAMPUS; LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC., a California corporation; HEALTHCARE REVENUE RECOVERY | Case No.: 2:21-cv-00909-JAD-DJA<br><br>**MOTION TO SET ASIDE DEFAULT RE: DEFENDANT HEALTHCARE RECOVERY GROUP, LLC d/b/a HRRG, ONLY** |

-1-

GROUP, LLC, a Foreign Limited-Liability )
Company d/b/a HRRG; PLUSFOUR, INC., )
a Nevada Domestic Corporation; DOES 1 )
through 10, inclusive; and ROE )
CORPORATIONS 1 through 10, inclusive, )
              )
   Defendants. )
_____)

Pursuant to Rules 55(c) and 60(a) of the Federal Rules of Civil Procedure, Plaintiff, Ralph A. Schwartz, PC, moves to set aside the Default Judgment entered in this matter on November 1, 2022 [32] as it pertains to Defendant Healthcare Revenue Recovery Group, LLC, a Foreign Limited-Liability Company d/b/a HRRG, only.

**I. PRELIMINARY STATEMENT**

Fed.R.Civ.P. 60(a) states:

(a) Corrections Based on Clerical Mistakes; Oversights and Omissions. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice. . ."

Additionally, Fed.R.Civ.P 55(c) states "[t]he court may set aside an entry of default for good cause. . ."

In this matter, good cause exists for this Court to set aside the default judgment in this case again Defendant Healthcare Revenue Recovery Group, LLC, a Foreign Limited-Liability Company d/b/a HRRG, only, due to an error which occurred by the undersigned and his office.

**II. FACTUAL AND PROCEDURAL BACKGROUND**

A Complaint in Interpleader was filed on April 5, 2021 in the Eighth Judicial District Court, Case No. A-21-832300-C. Defendant, Operating Engineers Local 501 Security Fund removed this matter to Federal Court on May 10, 2021.

On September 15, 2022, Plaintiff filed Motions for Clerk's Entry of Default Against all remaining non-answering Defendants.

Subsequent to Plaintiff's filing of the Motion regarding Defendant Healthcare Revenue Recovery Group, LLC, a Foreign Limited-Liability Company d/b/a HRRG, only, Plaintiff was contacted by Leslie Bender, Esq., an attorney for Defendant, Healthcare Revenue Recovery Group, LLC, a Foreign Limited-Liability Company d/b/a HRRG, and Ms. Bender provided a signed Disclaimer of Interest – Healthcare Revenue Recovery Group, LLC d/b/a HRRG from Defendant's out-of-state attorney with a request to file said Disclaimer on Defendant's behalf. The undersigned's paralegal attempted to file the Disclaimer of Interest with this Honorable Court as a courtesy to Defendant Healthcare Revenue Recovery Group, LLC, a Foreign Limited-Liability Company d/b/a HRRG, only and was unable to do so as the undersigned's office is not counsel for Defendant.

In the interim, the undersigned was out of this jurisdiction for periods of time due to an illness and ultimate death in his family. On November 1, 2022, this Court entered defaults against numerous entities in this matter, including Healthcare Revenue Recovery Group, LLC, a Foreign Limited-Liability Company d/b/a HRRG, on November 1, 2022. Upon return to the office, and after more closely reviewing the defaults recently ordered by this Court in this matter, the undersigned realized the default taken against Healthcare Revenue Recovery Group, LLC, a Foreign Limited-Liability Company d/b/a HRRG was done in error. It is clear based on the Disclaimer of Interest on behalf of Defendant Healthcare Revenue Recovery Group, LLC, a Foreign Limited-Liability Company d/b/a HRRG any default motions filed against this entity by the undersigned by mistake. The undersigned greatly apologizes to the Court for this error and the work done by the Court regarding this matter.

-3-

### III. ARGUMENT AND AUTHORITIES

The Federal Rules of Civil Procedure set forth the parameters for the District Court's ability to relieve a party or its legal representative from a final judgment, order, or proceeding. Specifically, Rule 60(a) provides that a "court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record . . ." Fed.R.Civ.P. 60(a). It is evident the undersigned mistakenly filed the default against Defendant Healthcare Revenue Recovery Group, LLC, a Foreign Limited-Liability Company d/b/a HRRG when it was clear the undersigned had received the Disclaimer of Interest which was sufficient enough to avoid seeking Default Judgment.

### IV. CONCLUSION

For the aforementioned reasons, this Court should set aside the default judgment against Defendant Healthcare Revenue Recovery Group, LLC, a Foreign Limited-Liability Company d/b/a HRRG, only.

Dated this 2nd day of November, 2022.

RALPH A. SCHWARTZ, PC

*/s/ Ralph A. Schwartz, Esq.*
Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
400 South Seventh Street, Suite 100
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

/ / /

/ / /

/ / /

-4-

## CERTIFICATE OF SERVICE

Pursuant to N.R.C.P. 5(b), I hereby certify that I am an employee of RALPH A. SCHWARTZ, P.C., and that on the 2nd day of November, 2022, I caused a true and correct copy of the foregoing **MOTION TO SET ASIDE DEFAULT RE: DEFENDANT HEALTHCARE RECOVERY GROUP, LLC d/b/a HRRG, ONLY** to be served as follows:

____ by depositing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope; or

____ by facsimile transmission, pursuant to E.D.C.R. 7.26, as indicated below; or

__X__ by electronic service, pursuant to N.E.F.C.R. 9 and Administrative Order 14-2, as indicated below:

Michael Becerra, Esq.
LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
303 North Glenoaks Blvd., #700
Burbank, California 91502
Attorneys for Defendant
DIGNITY HEALTH d/b/a
ST. ROSE DOMINICAN, SIENA CAMPUS
Email: reception@sacfirm.com

Christian Gabroy, Esq.
Kaine Messer, Esq.
GABROY LAW OFFICES
170 South Green Valley Pkwy., #280
Henderson, Nevada 89012
Attorneys for Defendant
MICHAEL SCHNEIER NEUROSURGICAL CONSULTING, P.C.
Email: christian@gabroy.com
Email: afrizzell@gabroy.com  (legal assistant)

///

///

///

-5-

1  Kristina L. Hillman, Esq.
2  Sean W. McDonald, Esq.
   WEINBERG, ROGER & ROSENFELD
3  3199 East Warm Springs Road, #400
   Las Vegas, Nevada  89120
4  Attorneys for Defendant
   OPERATING ENGINEERS LOCAL 501
5  SECURITY FUND
6  Email:  khillman@unioncounsel.net
   Email:  smcdonald@unioncounsel.net
7  nevadacourtnotices@unioncounsel.net

/s/ Christy Cook

*An Employee of*
RALPH A. SCHWARTZ, P.C.

-6-