# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Ralph A. Schwartz, P.C, <br><br>　　　　Plaintiff <br><br>v. <br><br>James M. Snyder, et al., <br><br>　　　　Defendants | Case No.: 2:21-cv-00909-JAD-DJA <br><br>**Order Referring Case to Magistrate Judge for Scheduling Conference** <br><br>[ECF Nos. 22, 23, 24] |

　　　This interpleader action appears to have stalled and needs the court's attention to move forward. To jumpstart it, the defendants-in-interpleader move alternatively for a settlement conference, an order for the plaintiff to show cause why he has not diligently prosecuted this case, or a scheduling conference. Because the defendants have shown good cause for a scheduling conference,

　　　IT IS HEREBY ORDERED that the motion **[ECF Nos. 22, 23, 24] is GRANTED in part.** Although the requests for orders for a settlement conference or to show cause are denied, **THIS CASE IS REFERRED TO THE MAGISTRATE JUDGE to set a scheduling conference under Local Rule 22-1 between all parties.**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　Dated: December 19, 2022