Barry Sullivan, Esq.
Nevada Bar No. 5141
bsullivan@sacfirm.com
LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

3520 Wynn Road
Las Vegas, NV 89103

Telephone:  (818) 559-4477
Facsimile:   (818) 559-5484

Attorneys for Defendant and Cross-defendant
DIGNITY HEALTH, a California non-profit public benefit corporation, d/b/a ST. ROSE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RALPH A. SCHWARTZ, PC, A Professional Corporation;<br><br>Plaintiff,<br><br>v.<br><br>JAMES M. SNYDER, individually, *et al.*,<br><br>Defendants.<br><br>AND ASSOCIATED CROSS-COMPLAINT<br><br>AND ASSOCIATED COUNTER-COMPLAINT | Case No.:    2:21-cv-00909-JAD-DJA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE FOR TELEPHONIC APPEARANCE**<br><br>DATE:    February 16, 2023<br>TIME:    11:00 AM<br>PLACE:   Courtroom 3A<br><br>JUDGE:   Honorable Magistrate Judge Daniel J. Albregts |

///

-- 1 --    (PROPOSED) ORDER GRANTING PLAINTIFF
LEAVE FOR TELEPHONIC APPEARANCE

# ORDER

Defendant's motion to appear telephonically at the scheduling conference (ECF No. 37) is **GRANTED**. Mr. Sullivan is instructed to call telephone number: **(888) 808-6929, access code: 8129639**, 5 minutes prior to the hearing time. The Court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 3rd day of February 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

Respectfully Submitted,

Dated: 2 February 2023

LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.

*/s/ Barry Sullivan*
_____
BARRY SULLIVAN, ESQ.
Attorneys for
DIGNITY HEALTH, a California non-profit public benefit corporation, d/b/a ST. ROSE DOMINICAN HOSPITAL – SIENA CAMPUS