Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
RALPH A. SCHWARTZ, PC
400 South Seventh Street, Suite 100
Las Vegas, Nevada  89101
Telephone:  (702) 888-5291
Facsimile:   (702) 888-5292
mail@888law1.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RALPH A. SCHWARTZ, PC, Professional Corporation; <br><br> Plaintiff, <br><br> vs. <br><br> JAMES M. SNYDER, individually; OPERATING ENGINEERS LOCAL 501 SECURITY FUND, doing business in Clark County, State of Nevada; COMMUNITY AMBULANCE; INNOVATIVE PAIN CARE CENTER; J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Domestic Professional Corporation d/b/a RADIOLOGY ASSOCIATES OF NEVADA; FREMONT EMERGENCY SERVICES (SCHERR), LTD., a Nevada Domestic Professional Corporation; VALLEY  HEALTH SYSTEM LLC, a Foreign Limited-Liability Company d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER; MICHAEL SCHNEIER NEUROSURGICAL CONSULTING, P.C., a Nevada Domestic Professional Corporation; DIGNITY HEALTH, a Foreign Nonprofit Corporation d/b/a ST. ROSE DOMINICAN, SIENA CAMPUS; LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC., a California corporation; HEALTHCARE REVENUE RECOVERY GROUP, LLC, a Foreign Limited-Liability Company d/b/a HRRG; PLUSFOUR, INC., a Nevada Domestic Corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | Case No.:   2:21-cv-00909-JAD-DJA <br><br> **<u>VOLUNTARY DISMISSAL OF DEFENDANT</u>** <br><br> **<u>HEALTHCARE REVENUE RECOVERY</u>** <br><br> **<u>GROUP, LLC d/b/a HRRG</u>** |

Defendants.                          )
_____)

PLEASE TAKE NOTICE that, pursuant to FRCP 41, Plaintiff hereby voluntarily dismisses Defendant HealthCare Revenue Recovery Group from the above-entitled action.

Dated this 30th day of March, 2023.

RALPH A. SCHWARTZ, PC

/s/  Ralph A. Schwartz, Esq.
Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
400 South Seventh Street, Suite 100
Las Vegas, Nevada  89101
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to N.R.C.P. 5(b), I hereby certify that I am an employee of RALPH A. SCHWARTZ, P.C., and that on the 30th day of March, 2023, I caused a true and correct copy of the foregoing **VOLUNTARY DISMISSAL OF DEFENDANT HEALTHCARE REVENUE RECOVERY GROUP** to be served as follows:

_____ by depositing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope; or

_____ by facsimile transmission, pursuant to E.D.C.R. 7.26, as indicated below; or

  **X**    by electronic service, pursuant to N.E.F.C.R. 9 and Administrative Order 14-2, as indicated below:

Venetia Byars, Esq.
LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC.
303 North Glenoaks Blvd., #700
Burbank, California  91502

Attorneys for Defendant
DIGNITY HEALTH d/b/a
ST. ROSE DOMINICAN, SIENA CAMPUS
Email: reception@sacfirm.com

Christian Gabroy, Esq.
Kaine Messer, Esq.
GABROY LAW OFFICES
170 South Green Valley Pkwy., #280
Henderson, Nevada  89012
Attorneys for Defendant
MICHAEL SCHNEIER NEUROSURGICAL CONSULTING, P.C.
Email: christian@gabroy.com
Email: afrizzell@gabroy.com   (legal assistant)

Kristina L. Hillman, Esq.
Sean W. McDonald, Esq.
LAW OFFICES OF KRISTINA L. HILLMAN
1594 Mono Avenue
P.O. Box 1987
Minden, Nevada  89423
Attorneys for Defendant
OPERATING ENGINEERS LOCAL 501
SECURITY FUND
Email: khillman@unioncounsel.net
Email: smcdonald@unioncounsel.net
nevadacourtnotices@unioncounsel.net

SEAN p. FL¥r`IN (SBN: 154o8)
GORDON REHS SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, Nevada 89501
Telephone: (775) 467-2610
E-Mail : sflyNN@Grsm.Com
Attorneys For: Defendant
HEALTHCARE REVENUE RECOVERY GROUP, LLC, D.B.A. HRRG


                                        /s/ *Nelson L. Cohen*
                                        _____
                                        *An Employee of*
                                        RALPH A. SCHWARTZ, P.C.