Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
RALPH A. SCHWARTZ, PC
400 South Seventh Street, Suite 100
Las Vegas, Nevada  89101
Telephone:  (702) 888-5291
Facsimile:  (702) 888-5292
mail@888law1.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RALPH A. SCHWARTZ, PC, Professional Corporation;<br><br>Plaintiff,<br><br>        vs.<br><br>JAMES M. SNYDER, individually; OPERATING ENGINEERS LOCAL 501 SECURITY FUND, doing business in Clark County, State of Nevada; COMMUNITY AMBULANCE; INNOVATIVE PAIN CARE CENTER; J. PAUL WIESNER & ASSOCIATES, CHARTERED, a Nevada Domestic Professional Corporation d/b/a RADIOLOGY ASSOCIATES OF NEVADA; FREMONT EMERGENCY SERVICES (SCHERR), LTD., a Nevada Domestic Professional Corporation; VALLEY  HEALTH SYSTEM LLC, a Foreign Limited-Liability Company d/b/a SPRING VALLEY HOSPITAL MEDICAL CENTER; MICHAEL SCHNEIER NEUROSURGICAL CONSULTING, P.C., a Nevada Domestic Professional Corporation; DIGNITY HEALTH, a Foreign Nonprofit Corporation d/b/a ST. ROSE DOMINICAN, SIENA CAMPUS; LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC., a California corporation; HEALTHCARE REVENUE RECOVERY GROUP, LLC, a Foreign Limited-Liability Company d/b/a HRRG; PLUSFOUR, INC., a Nevada Domestic Corporation; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, | Case No.:   2:21-cv-00909-JAD-DJA<br><br>**STIPULATION AND ORDER FOR PRO RATA DISTRIBUTION and FINAL JUDGMENT**<br><br>ECF No. 54 |

Defendants.                                )
                                           )

Plaintiff, by and through its the undersigned counsel, and Defendants, by and through their undersigned counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that all answering Defendants who have timely answered the Complaint in Interpleader have valid liens against James M. Snyder's recovery as follows:

OPERATING ENGINEERS LOCAL 501 Security Fund--$14,524.98

IT IS FURTHER STIPULATED AND AGREED that Attorney's fees be awarded to Plaintiff at the contracted rate of 33 1/3% in the amount of $8,333.33 and costs in the amount of $2,141.69.

IT IS FURTHER STIPULATED AND AGREED that the remaining $14,524.98 be distributed to Defendant OPERATING ENGINEERS LOCAL 501 Security Fund, which timely filed an Answer to the Complaint in Interpleader.

IT IS FURTHER STIPULATED AND AGREED that the providers are not prevented from pursuing James M. Snyder for the balance of their respective bills.

IT IS FURTHER STIPULATED AND AGREED that this will act as a final judgment as to all other parties.

IT IS FURTHER STIPULATED AND AGREED that this matter may be dismissed with prejudice.

Dated this 3rd day of April, 2023.

//

//

//

//

RALPH A. SCHWARTZ, PC

*/s/  Ralph A. Schwartz, Esq.*
Ralph A. Schwartz, Esq.
Nevada Bar No. 5488
400 South Seventh Street, Suite 100
Las Vegas, Nevada  89101
*Attorneys for Plaintiff*

LAW OFFICES OF STEPHENSON, ACQUISTO & COLMAN, INC

*/s/  Venetia Byarys*
Venetia Byars, Esq.
303 North Glenoaks Blvd., #700
Burbank, California  91502
Attorneys for Defendant
*DIGNITY HEALTH d/b/a*
*ST. ROSE DOMINICAN, SIENA CAMPUS*

GABROY LAW OFFICES

*/s/  Christian Gabroy*
Christian Gabroy, Esq.
GABROY LAW OFFICES
170 South Green Valley Pkwy., #280
Henderson, Nevada  89012
Attorneys for Defendant
*MICHAEL SCHNEIER NEUROSURGICAL CONSULTING, P.C.*

WEINBERG, ROGER & ROSENFELD

/s/  *Sean W. McDonald*
Kristina L. Hillman, Esq.
Sean W. McDonald, Esq.
WEINBERG, ROGER & ROSENFELD
3199 E Warm Springs Rd Ste 400
Las Vegas, NV  89120
Attorneys for Defendant
*OPERATING ENGINEERS LOCAL 501*
*SECURITY FUND*

Case No.:   2:21-cv-00909-JAD-DJA

## ORDER

This matter having been stipulated to by the parties, through their respective counsel, and the Court being otherwise duly advised;

**IT IS HEREBY ORDERED** that all answering Defendants who have timely answered the Complaint in Interpleader have valid liens against James M. Snyder's recovery as follows:

OPERATING ENGINEERS LOCAL 501 Security Fund--$14,524.98

IT IS FURTHER **ORDERED** that attorney's fees be awarded to plaintiff at the contracted rate of 33 1/3% in the amount of $8,333.33 and costs in the amount of $2,141.69.

IT IS FURTHER **ORDERED** that the remaining $14,524.98 be distributed to Defendant OPERATING ENGINEERS LOCAL 501 Security Fund, which timely filed an Answer to the Complaint in Interpleader.

IT IS FURTHER **ORDERED** that the providers are not prevented from pursuing James M. Snyder for the balance of their respective bills.

IT IS FURTHER **ORDERED** that the Clerk of Court is directed to **ENTER FINAL JUDGMENT** ACCORDINGLY, dismiss all remaining claims and parties, and **CLOSE THIS CASE.**

_____
DISTRICT COURT JUDGE
April 13, 2023

//

//

//

//